UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DESTINY BAILEY, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEON COWBOY LOUNGE, INC., STRIPPER'S, INC., JOHN CHAMBERS, and VEEDA CHAMBERS,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 5:18-CV-00128-TES<br><br>FLSA COLLECTIVE ACTION |

**JOINT MOTION TO APPROVE FLSA SETTLEMENTS**

Plaintiff, Destiny Bailey ("Bailey" or "Plaintiff"), and Opt-In Plaintiffs Brianna Bridgeman, Heather Chrisley, Briyonna Floyd, and Isabella Uresti, and the Defendants, Neon Cowboy Lounge, Inc., Stripper's, Inc., John Chamber, and Veeda Chambers, through their respective counsel, jointly move this Court to enter and order approving the written settlement agreements attached hereto as Exhibits 1-5.

The Parties have concurrently filed a consent motion and proposed consent order for the dismissal of Defendant Stripper's, Inc. and opt-in plaintiff Jessica Nesmith as parties in interest.

WHEREFORE, the Parties request that this Court grant their motion and approve each the separate, written settlement agreement for each of the aforementioned Plaintiffs.

This 8th day of March, 2019.

Dudley Law, LLC

/s/ Ainsworth G. Dudley
Ainsworth Dudley
Ga. Bar No. 231745
Attorney for Plaintiff

Suite 200, Building One
4200 Northside Parkway
Atlanta, GA 30327
Tel. (404)-687-8205
adudleylaw@gmail.com

Vince Tilley, P.C.

*s/ Vincent M. Tilley*
Vincent Tilley, Ga. Bar No. 712237
Co-counsel For Plaintiff

Suite 200
1870 The Exchange
Atlanta, GA 30339
Tel. (770)-989-7334
vtilley@lawnet.org

Begner & Begner, P.C.

/s/ Eric A. Coffelt .
Eric A. Coffelt, Ga. Bar No. 252705
Co-Counsel For Defendants

5180 Roswell Road
South Building, Suite 100
Atlanta, Georgia 30342
Tel. (404)-531–0103
ecoffelt@begnerlaw.com

3

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that this date, he electronically filed the attached and foregoing *Joint Motion To Approve Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filings to all attorneys of record.

This 8th day of March, 2019.

Vince Tilley, P.C.

*s/ Vincent M. Tilley*
Vince Tilley, Ga. Bar No. 712237
Co-Counsel For Plaintiff

Suite 200
1870 The Exchange
Atlanta, GA 30339
Tel. (770)-989-7334
vtilley@lawnet.org