IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DESTINY BAILEY, individually and on behalf of all similarly situated entertainers, | * |
| | * |
| Plaintiff, | Case No.   5:18-CV-128-TES |
| v. | * |
| NEON COWBOY LOUNGE, INC. d/b/a STRIPPERS, JOHN CHAMBERS and VEEDA CHAMBERS, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 17, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17th day of April, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk