**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DESTINY BAILEY** *et al.*,<br><br>    *Plaintiffs,*<br><br>**v.**<br><br>**NEON COWBOY LOUNGE, INC., d/b/a STRIPPERS; JOHN CHAMBERS; and VEEDA CHAMBERS;**<br><br>    *Defendants.* | **CIVIL ACTION NO.**<br>**5:18-cv-00128-TES** |

**ORDER**

On April 22, 2020, Plaintiffs Destiny Bailey, Brianna Bridgeman, Heather Chrisley, Briyonna Floyd, and Isabella Uresti filed a Joint Motion to Enforce Settlement Agreement and for Civil Contempt [Doc. 39]. With regard to the briefing schedule for their Motion they have also asked the Court to shorten the time by which Defendants may file a Response. *See* [Doc. 40]. After review, the Court **GRANTS** Plaintiffs' Joint Motion to Shorten Time [Doc. 40]. However, the Court gives Defendants until May 7, 2020, to file any Response. There will be no Reply brief.

The Court also **GRANTS** Plaintiffs' Joint Motion for Telephonic Hearing [Doc. 41] and schedules a telephonic conference for Plaintiffs' Joint Motion to Enforce Settlement Agreement and for Civil Contempt at *1:00 p.m.* on *Tuesday, May 19, 2020*. Call-in instructions will be emailed to counsel.

**SO ORDERED**, this 23rd day of April, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**